HENRY GOODFELLOW, Respondent, *v.* UNITED STATES HEALTH AND ACCIDENT INSURANCE COMPANY, Appellant.

*Goodfellow* v. *U. S. Health & Acc. Ins. Co.,* 122 App. Div. 897, affirmed. (Argued March 5, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 25, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a policy of accident insurance.

*Henry E. Wilson* and *Charles F. Wayte* for appellant.

*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.